JAMES T. ACKERMAN, appellant,

*v.*

CORNELIUS P. CROUTER et al., respondents.

[Submitted July 10th, 1905.   Decided March 5th, 1906.]

On appeal from a decree of Chancellor Magie, whose opinion is reported in *68 N. J. Eq. 49.*

*Mr. James T. Ackerman* and *Mr. David D. Ackerman,* for the appellant.

*Mr. Cornelius Doremus,* for the respondents.

PER CURIAM.

The decree appealed from is affirmed, for the reasons set forth in the opinion of the chancellor, delivered in the court below.

*For affirmance*—THE CHIEF-JUSTICE, DIXON, GARRISON, FORT, GARRETSON, PITNEY, SWAYZE, BOGERT, VREDENBURGH, VROOM, GREEN, GRAY, DILL—13.

*For reversal*—None.